UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : CASE NO. 07-12735
CHAPTER 13

RONALD W. GILBERT
ANGELA M. GILBERT : JUDGE BURTON PERLMAN
DEBTORS

: NOTICE OF TRANSMITTAL OF
UNCLAIMED FUNDS

Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

The Trustee has made numerous attempts to contact the debtor(s). Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

Check No.           Amount
917249              $95.14

Debtors Address
RONALD W. GILBERT
ANGELA M. GILBERT
1161 NATURE RUN
BATAVIA, OH  45103

Respectfully submitted,

/s/    Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org

Registry_Deposit_for_Debtors

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, October 20, 2010.

                                                                                                         /s/     <u>Margaret A. Burks, Esq.</u>
                                                                                                                     Margaret A. Burks, Esq.

| Debtor(s) | Debtor(s) Counsel |
|---|---|
| RONALD W. GILBERT | KATHLEEN D MEZHER & ASSOCIATES |
| ANGELA M. GILBERT | 8075 BEECHMONT AVE |
| 1161 NATURE RUN | CINCINNATI, OH  45255 |
| BATAVIA, OH  45103 | |
| | U.S. TRUSTEE |
| | 36 EAST SEVENTH STREET, SUITE 2030 |
| | CINCINNATI, OHIO 45202 |
| | (service waived) |