UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                    :      CASE NO. 07-12735
                                                 CHAPTER 13
RONALD W. GILBERT
ANGELA M. GILBERT                         :      JUDGE BURTON PERLMAN
        DEBTORS
                                          :      NOTICE OF TRANSMITTAL OF
                                                 UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the
Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the debtor(s). Certification of Final
Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|-----------|--------|
| 917303    | $95.14 |

Debtors Address
RONALD W. GILBERT
ANGELA M. GILBERT
1161 NATURE RUN
BATAVIA, OH  45103

                                          Respectfully submitted,


                                    /s/   Margaret A. Burks, Esq.
                                          Margaret A. Burks, Esq.
                                          Chapter 13 Trustee
                                          Attorney No. OH 0030377

                                          Francis J. DiCesare, Esq.
                                          Staff Attorney
                                          Attorney No. OH 0038798

                                          Karolina F. Perr, Esq.
                                          Staff Attorney
                                          Attorney No. OH 0066193

                                          600 Vine Street, Suite 2200
                                          Cincinnati, OH 45202
                                          (513) 621-4488
                                          (513) 621 2643 (Facsimile)
                                          mburks@cinn13.org - Correspondence only
                                          fdicesare@cinn13.org
                                          kperr@cinn13.org

Registry_Deposit_for_Debtors

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, November 17, 2010.

/s/    Margaret A. Burks, Esq.
          Margaret A. Burks, Esq.

Debtor(s)
RONALD W. GILBERT
ANGELA M. GILBERT
1161 NATURE RUN
BATAVIA, OH  45103

Debtor(s) Counsel
KATHLEEN D MEZHER & ASSOCIATES
8075 BEECHMONT AVE
CINCINNATI, OH  45255

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Registry_Deposit_for_Debtors